Sapesa POLECAT et al. v. NORBE, the H. F. Wilcox Oil & Gas Company, and the United States.

No. 380.

Circuit Court of Appeals, Tenth Circuit.

Oct. 28, 1930.

Dawes & Kyle, of Muskogee, Okl., for appellants.

H. B. Clay and Davidson & Williams, all of Tulsa, Okl., and Wilkinson & Smith, of Sapulpa, Okl., for appellees.

1018

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed October 28, 1930, on motion of appellee United States of America.